RECEIVED
BY MAIL
APR 11 2002
CLERK US DIST COURT
ST. PAUL, MN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Abdullah Ali,

Plaintiff,

v.

Spartan Protection, Inc.,
a Minnesota Corporation, and
Thies & Talle Management, Inc.,
a Minnesota Corporation,

Defendants.

Civil File No.: 01-1910 PAM/JGL

**STIPULATION TO AMEND PLEADINGS**

---

**IT IS HEREBY STIPULATED AND AGREED** by the parties to this action, acting through their undersigned attorneys, that all parties may amend their pleadings to assert additional claims, cross-claims, and defenses without leave of court until June 1, 2002.

**LAW OFFICES OF JORDAN S. KUSHNER**

Dated: 3/30/02

By: ______________________
Jordan S. Kushner, #219307
Attorney for Plaintiff
Sexton Building, Suite 636
529 South 7th Street
Minneapolis, MN 55415
(612) 288-0545

APR 15 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**JOHNSON & LINDBERG, P.A.**

Dated: 4/10/02

By: ______________________
Mark J. Peschel, #160921
Molly K. Thompson, #305819
Attorneys for Defendant Spartan Protection
7900 International Drive
Suite 960
Minneapolis, MN 55425-1582
(952) 851-0700

**ELLIOTT LAW OFFICES**

Dated: ______________________

By: ______________________
Patrick H. Elliott, #134661
Attorney for Defendant Thies & Talle Management, Inc.
304 York Business Center
3209 West 76th Street
Edina, MN 55435
(952) 831-2400

Dated: April 15, 2002

SO ORDERED.

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge